BB:as

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. **00-6295**

IN RE: GRAND JURY 00-01 (FTL))
_____ )

**ORDER TO SEAL**

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheets, Certificate of Trial Attorney, Warrant for Arrests, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrests be provided to the U.S. Marshal's Service and the Drug Enforcement Administration, until the defendants are arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5 day of October, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE