BB:as

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

N**00 - 6295** CR-DIMITROULEAS
21 U.S.C. § 841 (a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
v. )
)
IVORY KNIGHTS, )
)
           Defendant. )
_____ )

### INDICTMENT

The Grand Jury charges that :

On or about July 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

**IVORY KNIGHTS,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine", in violation of Title 21, United States Code, Section 841 (a)(1), and Title 18, United States Code, Section 2.



Defendant **IVORY KNIGHTS** committed the above offense after a prior conviction for a felony drug offense had become final.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**    CASE NO. _____

v.

**IVORY KNIGHTS**    **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
New Defendant(s)    Yes ____    No ____
Number of New Defendants    ____
Total number of counts    ____

**Court Division:** (Select One)

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect    _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ____ | Minor | | |
   | III | 11 to 20 days | ____ | Misdem. | | |
   | IV | 21 to 60 days | ____ | Felony | _X_ | |
   | V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ____ Yes ____ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: IVORY KNIGHTS                    No.: _____

Count # 1:
Possession with intent to distribute in excess of 5 grams of cocaine base;

in violation of 21 U.S.C. 841(a)(1)

\*Max Penalty:10 years' mandatory minimum and Life Imprisonment; $4,000,000 Fine

Count # :

\*Max Penalty:

Count #:

\*Max Penalty:

Count #:

\*Max Penalty:

Count # :

\*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96