AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954) 489-1730

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

IVORY KNIGHTS

**WARRANT FOR ARREST**

CASE NUMBER: **00-6295**

CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ IVORY KNIGHTS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession with intent to distribute cocaine base

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pre trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/5/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/18/00 | | |