## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: IVORY KNIGHTS (J) | CASE NO: 00-6295-CR-DIMITROULEAS |
| AUSA: BRUCE BROWN /Kay | ATTY: |
| AGENT: DEA | VIOL: 21:841(a)(1) |
| PROCEEDING: I/A ON SEALED INDICTMENT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by _____ D.C.
OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't moved to Unseal Indictment
Granted - order signed

Advised of Charges
Counsel to be retained

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-19 | 11 | Snow | |
| PTD/BOND HEARING: | 10-23 | 10 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE  10/18/00   TIME: 11:00   FTL/LSS TAPE # 00 - 653   Begin: 7   End: 128