# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR $00\text{-}6295\text{-}CR\text{-}Dim\text{-}Freeleos$ | |
| Plaintiff ) | | |
| ) | | |
| -vs- ) | REPORT COMMENCING CRIMINAL | |
| ) | ACTION | |
| Ivory KNIGHTS ) | | |
| Defendant | $55501-004$ | |

FILED by __ D.C.
OCT 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
COURT ABOVE.
*******************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/17/00    3:15 a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 U.S.C. 841(a)(1) - PWID Cocaine Base

(4) UNITED STATES CITIZEN:  (X) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 08/12/1960

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
    [X] INDICTMENT  [ ] COMPLAINT  CASE # SEE ABOVE
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: SDFL
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [X] YES  [ ] NO

AMOUNT OF BOND:$ PTD    WHO SET BOND? Seltzer

(7) REMARKS: _____

(8) DATE: 10/17/00    (9) ARRESTING OFFICER R Feliciani

(10) AGENCY DEA    (11) PHONE # (954) 489-1740

(12) COMMENTS _____