**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: IVORY KNIGHTS (J) # 55501-004          CASE NO: 00-6295-CR-DIMITROULEAS

AUSA: BRUCE BROWN                            ATTY: Tim Day

AGENT:                                       VIOL:

PROCEEDING: INQUIRY RE COUNSEL              RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no               COUNSEL APPOINTED: FPD

BOND SET @:                                 To be cosigned by:

*FILED by ___ D.C.*
*OCT 19 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

❏  Do not violate any law.

❏  Appear in court as directed.

❏  Surrender and / or do not obtain passports / travel
   documents.                               *Deft sworn for*

❏  Rpt to PTS as directed / or _____ x's a week/month
   by phone; _____ x's a week/month in person.   *appmt of Counsel*

❏  Random urine testing by Pretrial Services. _____
   Treatment as deemed necessary.

❏  Maintain or seek full - time employment.

❏  No contact with victims / witnesses.     *detention hrg.*

❏  No firearms.                             *re set from 10-23*

❏  Curfew: _____

❏  Travel extended to: _____              Reading of Indictment Waived
                                            Not Guilty plea entered
❏  Halfway House _____                    Jury trial demanded
                                            Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10-24 | 10 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-9 | 11 | LSS | |

DATE  10-19-00    TIME:  11:00    FTL/LSS TAPE # 00- 854    Begin: 1506    End:

*re-call 1779 - 1828*