COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Ivory Knights (J)# | CASE NO: 00-6295-CR-Dimitrouleas |
| AUSA: Bruce Brown *present* | ATTNY: FPD : Bob Berube |
| AGENT: | VIOL: |
| PROCEEDING: PTD Hearing / ~~Arraignment~~ | BOND REC: |

BOND HEARING HELD - yes/~~no~~   COUNSEL APPOINTED: _____

____ BOND SET @ $250,000 Corp Surety Bond w/ Nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House ____ Electronic Monitoring

No Bond hrg set
Both sides stipulate
to a $250,000 CSB w/ Nebbia,
both sides reserve
right to proceed w/ a
PTD hearing at a
later date.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 10-24-00   TIME: 10:00am   TAPE # 00-080   PG # 1
1500 - 1618