UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| IVORY KNIGHTS,<br>    DEFENDANT<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>    PLAINTIFF<br>_____/ | CASE NO. 00-6295-CR-DIMITROLEAS<br>MAGISTRATE JUDGE SNOW |



### MOTION TO DISQUALIFY DEFENDANT'S REPRESENTING ATTORNEY FOR CONFLICT OF INTEREST

    NOW COMES, The defendant IVORY KNIGHTS PRO SE, pursuant to (18 U.S.C.A. SECT.3006(A), Respectfully moves this HONORABLE COURT for an order disqualifying ( MR. ROBERT N. BERUBE, ASSISTANT FEDERAL PUBLIC DEFENDER) from acting as representing attorney for the defendant.

As grounds for the above motion, The defendant states that such representation by MR. ROBERT N. BERUBE would constitute a violation of the defendant ( U.S.C.A. CONST. AMEND. #6) privelege and would present a conflict of interest prejudicial to the defendant.

### ALLEGED EXTRAORDINARY REASONS:

1). The representing attorney is neglecting to file motions in the defendant's best interest to his situation.

2). The defendant and representing attorney are in hostile disagreeing terms as to very vital issues.

3). The representing attorney is intimidating the defendant to cooperate instead of preparing a defense for trial.

4). The representing attorney is not acknowledging any of the defendant's circumstances to be held reliable to contest any plausible issues.

5). Through the representing attorney imposed maliciousness have proved from the defendant's personal judgement of counselor's performance to be totally incompetent and lack of professionalism.

    Wherefore, The defendant respectfully ask this HONORABLE COURT to deem necessary dismissing the defense counselor for conflict of interest with the defendant.

RESPECTFULLY SUBMITTED,
IVORY KNIGHTS #55501-004
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FLORIDA 33101-9120

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION TO DISQUALIFY DEFENDANT'S REPRESENTING ATTORNEY FOR CONFLICT OF INTEREST, HAS BEEN FURNISHED TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, FEDERAL COURTHOUSE SQUARE, 301 N. MIAMI AVENUE, MIAMI, FLORIDA 33128-7788 BY U.S. MAIL THIS __17__ DAY OF __November__ ,2000.

Ivory Knights
IVORY KNIGHTS #55501-004  11-WEST
FEDERAL DETENTION CENTER
P.O. BOX 019120
MIAMI, FLORIDA
          33101-9120