UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Ivory Knights, through counsel, files this Unopposed Motion to Continue Trial and states;

Undersigned counsel has met with the Defendant in preparation for trial. Additional time is required to fully prepare this case for trial. The additional time is required so that undersigned counsel may contact witnesses in this matter.

Defendant Knights has been consulted regarding this Motion to Continue Trial. He informed me that he does not have any objection to this request. At this time Defendant Knights is incarcerated in the Federal Detention Center in Miami, Florida.

Assistant United States Attorney Brown was contacted regarding this request. He does not have an objection to this Motion. The Defendant requests that the trial be continued until after January 1, 2001.



WHEREFORE, the Defendant, Ivory Knights requests that this Motion to Continue Trial be granted, and that the case be continued until after January 1, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 29th day of November, 2000, to Richard Brown, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*[signature]*

Robert N. Berube