UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6295-CR-DIMITROULEAS

    Plaintiff,

vs.

IVORY KNIGHTS,

    Defendant.

_____/



FILED by _____ D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING UNOPPOSED MOTION TO CONTINUE TRIAL WITHOUT PREJUDICE AND ORDER SETTING HEARING

THIS CAUSE having come before this Court on Defendant's November 29, 2000 Unopposed Motion to Continue Trial [DE-21] and the Defendant's pro se November 28, 2000 Motion to Disqualify Defendant's Attorney [DE-20], and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Continue Trial is Denied without prejudice to renew at the calendar call. The Court will entertain Defendant's pro se motion at the calendar call on December 1, 2000.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of November, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Robert Berube, AFPD
Bruce Brown, AUSA
Ivory Knights, #55501-004
c/o FDC
PO Box 019120
Miami, FL 33101-9120

