## CRIMINAL MINUTES

FILED by _____ D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00 - 6295-CR-WPD    DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jerry Knights

U.S. ATTORNEY: Jeff Kay for Bruce Brown    DEFT. COUNSEL: Tim Day for Bob Berube

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Cont. resets the case + finds the time from today until trial deemed excludable. Deft's pro-se motion to disqualify counsel to be heard @ 9:00 on 12/18

CASE CONTINUED TO: 12/8/00    TIME: 9:00    FOR: Cal Call
MISC: 12/11    9:00    trial period