## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
DEC 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6295-CR-WPD  DATE: December 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Evory Knights

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Robert Benkle
                                           Laura Chukwuma

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING:
Laura Chukwuma will file a Notice of
Appearance today. Court will allow
Robert Benkle to withdraw as Counsel.
Deft's M/ Continue is Granted. Court finds
the time from today until trial is
deemed excludable.

CASE CONTINUED TO: 1/12/01   TIME: 9:00   FOR: Cal Call
MISC: 1/16/01            9:00   trial period.

