```
UNITED STATES OF AMERICA,      :     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF FLORIDA
v.                             :
                                     CASE NO. OO-6295 CR
Ivory Knights                  :     Judge: William Dimitrouleas
```

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW __LAURA A CHUKWUMA__ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) __LAURA A CHUKWUMA__

Counsel's Signature __Laura Chukwuma__

Address __200 SE 6th Street, Suite 305__
__Fort Lauderdale, Florida__ Zip Code: __33301__

Telephone __(954) 524-1717__;  Fax __(954) 524-1782__

