UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED _____ D.C.
DEC 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,     CASE NO. 00-6295-CR-DIMITROULEAS

    Plaintiff,

vs.

IVORY KNIGHTS,

    Defendant.
_____/

## ORDER

THIS MATTER having come before the Court on Defendant's pro se Motion To Disqualify Defendant's Attorney, said motion is DENIED as Moot.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Brown, AUSA

Robert Berube, AFPD

Laura A. Chukwuma, Esquire
200 Southeast Sixth Street, Suite 305
Courthouse Square
Ft. Lauderdale, Fl. 33301

