UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.

_____/

### ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Ivory Knights, has retained Laura Chukwuma, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this _15_ day of December, 2000 at Fort Lauderdale, Florida.

        WILLIAM P. DIMITROULEAS
        United States District Judge

cc:    Robert N. Berube, AFPD
       Bruce Brown, AUSA
       Laura Chukwuma, Esq.
       Ivory Knights, Defendant