## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER 00-6295-CR-WPD     DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Ivory Knights

U.S. ATTORNEY: Bruce Brown     DEFT. COUNSEL: Laura Chukwuma

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft seeks additional time Enter change of plea.

CASE CONTINUED TO: 1/16/01     TIME: 1:00     FOR: _____

MISC: Change of Plea

