## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
JAN 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6295-CR-WPD     DATE: January 16, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.   Ivory Knights

U.S. ATTORNEY: Bruce Brown     DEFT. COUNSEL: Laura Chukwuma

REASON FOR HEARING: _____

RESULT OF HEARING: Deft's oral motion to dismiss on double jeopardy grounds is Denied.

Deft's motion to continue is Granted.
Court resets hearing until Thursday.

CASE CONTINUED TO: 1/18/01     TIME: 9:15     FOR: Status Conf.

MISC: _____