**CRIMINAL MINUTES**

FILED by /// D.C.
JAN 1 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6295-CR-WPD    DATE: January 15, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Ivory Knights

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Laura Chukwuma

REASON FOR HEARING: Calendar call / status conference.

RESULT OF HEARING: Deft wants a trial. Deft's motion to continue to prepare for trial is granted. Court resets trial date and finds the time from today until trial deemed excludable under Speedy Trial Act.

CASE CONTINUED TO: 3/9/01    TIME: 9:00    FOR: Cal Call
MISC: 3/12/01    2 week trial period

