

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  
Plaintiff,

CASE NO. 00-6295-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

IVORY KNIGHTS

Defendant.

_____/

This matter having come before the Court on January 18, 2001 on Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing March 12, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **March 9, 2001, at 9:00** A.M. o'clock.. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:  Bruce Brown, AUSA  
     Laura Chukwuma, Esq.

