IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

01 MAR -5

UNITED STATES OF AMERICA

**CASE NO: 006295CR**

v.

**JUDGE: WILLIAM DIMITROULEAS**

**IVORY KNIGHTS**,

Defendant.
--------------------------------------------/

## REQUEST FOR EXPERT SUMMARIES

Defendant, **IVORY KNIGHTS**, through counsel, files this request for expert summaries, pursuant to Rule 16(a)(1)(E), of the Federal Rules of Criminal Procedure. The defendant is requesting that the government disclose written summaries of testimony that they intend to use under Rules 702, 703, and 705, in its Case in Chief, at trial.

Respectfully Submitted,

**LAW OFFICE OF LAURA CHUKWUMA, P..A.**
200 SE 6th Street, Suite 305
Fort Lauderdale, Florida 33301
Tel: (954) 524-1717
Fax: (954) 524-1782

BY: _____

**Laura A. Chukwuma, Esquire**
Attorney for Defendant
Florida Bar No.: 979678

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was mailed/delivered, this 5th day of march, 2001, to Bruce O. Brown, Assistant United States Attorney, at 500 East Broward Boulevard., Suite 700, Fort Lauderdale, Florida, 33301.

_____
**Laura A. Chukwuma, Esquire**

