UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6295-CR-DIMITROULEAS

Plaintiff,

vs.

IVORY KNIGHTS,

Defendant.
_____/

## ORDER GRANTING REQUEST FOR EXPERT SUMMARIES

THIS CAUSE having been heard upon Defendant's March 5, 2001 Request For Expert Summaries, it is

ORDERED AND ADJUDGED that the Defendant's Motion is hereby GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bruce Brown, AUSA

Laura A. Chukwuma, Esquire
200 S.E. 6th Street, Suite 305
Ft. Lauderdale, FL 33301

