## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6295-CR-WPD   DATE: March 9, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS. Ivory Knights

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Laura Chukwuma

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft wants another lawyer. Wpd's M/withdraw is granted. Court appoints the Public Defender's Office to represent the Deft. Time from today until trial is deemed excludable.

CASE CONTINUED TO: 4/6/01    TIME: 9:00    FOR: Cal Call

MISC: 4/9/01    2 week trial period