UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6295-CR-DIMITROULEAS

Plaintiff,

vs.

IVORY KNIGHTS,

Defendant.
_____/

**O R D E R**

THIS CAUSE having been heard upon defense counsel's ore tenus March 9, 2001

Motion To Withdraw, it is GRANTED. The Public Defender is appointed to represent the

Defendant. Trial is set for April 9, 2001 at 9:00 A.M., with a Calendar Call on April 6, 2001 at

9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this
____ day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Laura Chukwuma, Esquire
200 S.E. 6th Street, #305
Ft. Lauderdale, FL 33301

Bruce Brown, AUSA

Robert Berube, AFPD