March 12, 2001
Judge: William Dimitrouleas
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

**RE: REQUEST TO REINSTATE COUNSEL**
    **UNITED STATES V. IVORY KNIGHTS**
    **CASE NO. 006295CR**

Dear Judge Dimitrouleas,

   This letter constitutes a formal request, to the court to reinstate counsel in said case, Laura A. Chuckawuma, Esquire. I have had time to confer with her about the matters at hand and we have come to a peaceable agreement. I whole heartily believe that she will represent me to the fullest of her abilities, and do not wish to retain another attorney.

                                              Respectfully submitted,

                                              *Ivory Knights*
                                              Ivory Knights
                                              reg. # 55501-004
                                              FDC P.O. BOX 019120
                                              Miami,   FL   33101-9120

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.1

