UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6295-CR-DIMITROULEAS

    Plaintiff,

vs.

IVORY KNIGHTS,

    Defendant.
_____/

FILED by _____ D.C.

MAR 1 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE having been heard upon Defendant's <u>pro se</u> March 12, 2001 request to reinstate counsel [DE-42], said request is Denied without prejudice to Ms. Chukwuma's filing a motion requesting permission to substitute as counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this /5 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Laura Chukwuma, Esquire
200 S.E. 6th Street, #305
Ft. Lauderdale, FL 33301

Bruce Brown, AUSA

Robert Berube, AFPD

Ivory Knights, #55501-004
FDC
P.O. Box 019120
Miami, FL 33101-9120

