UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.

_____/

## DEFENDANT KNIGHTS' MOTION REQUESTING A STATUS CONFERENCE

The Defendant, Ivory Knights, through counsel, files this Motion Requesting a Status Conference, and states as follows:

1. Undersigned counsel met with Mr. Ivory Knights at the Federal Detention Center to discuss the trial of the case.

2. Defendant Knights stated that he wanted Attorney Laura Chukwuma to handle this case Mr. Knights made it clear that he did not want the Federal Public Defender's Office to represent him in this matter.

3. Undersigned counsel is aware of the trial schedule in this matter and desires to be prepared. Due to the uncertainty as to who will be representing the Defendant, a brief hearing is requested. In the event Attorney Laura Chukwuma does not seek to represent the Defendant at trial, a potential conflict may exist for the Federal Public Defender's Office to continue the representation.



WHEREFORE; The Federal Public Defender's Office requests that a brief status conference be scheduled to resolve the issue of representation.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By /s/ Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this __20__ day of March, 2001, to Bruce Brown, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, to Laura Chukwuma, Esq. 200 SE 6th Street, Room 305, Fort Lauderdale, Florida 33301, to Ivory Knights, Federal Detention Center, P.O. Box 019120, Miami, Florida 33101-9120, Reg. No. 55501-004.

/s/ Robert N. Berube