UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS
Magistrate Judge

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

IVORY KNIGHTS,

　　　　Defendant.

_____/

FILED by ___ D.C.
MAR 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING STATUS CONFERENCE

THIS CAUSE having come before the Court on Defendant's Motion Requesting a Status Conference and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion for a status conference is hereby GRANTED. The date for the status conference is scheduled for March 2-6, 2001 at 1:00 PM.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21 day of March, 2001.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc:　Robert Berube, AFPD
　　　Bruce Brown, AUSA
　　　Laura Chukwuma
　　　Ivory Knights

