## CRIMINAL MINUTES

FILED
MAR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6295-Cr-WPD    DATE: March 26, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Sydney Knights

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Robert Berube
                                                   Lara Chukwuma

REASON FOR HEARING: Status Conference.

RESULT OF HEARING: Conference held on issue of which attorney represents the deft. As of today, Robert Berube is attorney of record for deft. Case remains on trial calendar for 4/6/01.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

