**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
APR 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6295-Cr-WPD       DATE: April 6, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Trout Knights

U.S. ATTORNEY: Terry Bradies
for Bruce Brown
DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty plea.

Court accepts Guilty plea.

CASE CONTINUED TO: 6/25/01   TIME: 10:30   FOR: Sentencing

MISC: Written plea agreement filed