UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO THE
## PRESENTENCE INVESTIGATION REPORT

The Defendant, Ivory Knights, through counsel, files these Objections to the Presentence Investigation Report, and states;

Undersigned counsel and the Defendant have had an opportunity to review the entire document. The following objections were identified by Defendant Knights.

### Objection No. One, Page Seven, Paragraph 16

A statement was made in accordance with the provisions set forth in Chapter 3E1.1 "Acceptance of Responsibility". This statement was prepared by Defendant Knights and was delivered to the Probation Office after the Presentence Investigation Report was made available. Defendant Knights requests that the three point reduction be calculated into his official guideline calculation.



**Objection No. Two, Page, Seven, Paragraph 22, 30 and 36**

Defendant Ivory Knights objects to the inclusion of Paragraphs 30 and 36 as a basis for "career offender" designation. The Defendant believes that he was not represented by effective counsel during the handling of these cases. As a direct result of the ineffective assistance of trial counsel handling the respective cases in paragraphs thirty and thirty six, he is of the opinion that the convictions should not be held against him.

Defendant Knights objects to the three point enhancement in criminal history category as a result of these two cases.

Defendant Ivory Knights objects to the inclusion of any perceived criminal history which cannot be substantiated by "circumstances of arrest", or which were the subject of a "nolle prosequi".

Specifically the Defendant objects to paragraphs 40 through and including paragraph 52. The information cannot be substantiated by law enforcement therefore he is requesting that the information be deleted from the Presentence Investigation Report.

The alleged arrests were never prosecuted at any level. Inclusion of these matters is completely irrelevant to the resolution of the matter at hand.

The Defendant objects to the enhancements set forth in Chapter Four. He objects to the "career offender" classification.

WHEREFORE, the Defendant, Ivory Knights, through counsel, files his Objections to the Presentence Investigation Report. Defendant Knights requests that the three point reduction for "Acceptance of Responsibility" be granted.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 7th day of June, 2001, to Bruce Brown, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and to Karen Howard, United States Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132.

*[signature]*

Robert N. Berube

3