


FILED BY _CJ_ _D.C._
2001 JUN 13 PM 4:20
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

IVORY KNIGHTS, :

    Defendant. :
_____/

## MOTION TO CONTINUE SENTENCING

Counsel for Defendant Ivory Knights, files this Motion to Continue the Sentencing Date, and states:

1. The sentencing in this case is presently scheduled for June 22, 2001 at 10:30 am.

2. Undersigned counsel is a member of the Law Office Management Section of The Florida Bar. On Friday, June 22, 2001, the section is having a meeting in Orlando, Florida, at the Annual Meeting.

3. Undersigned counsel is requesting a change in the sentencing date so that he may participate in the Annual Bar Meeting.

4. Assistant United States Attorney Bruce Brown was contacted regarding this Motion. He was unavailable for comment.



WHEREFORE, undersigned counsel requests that the sentencing be continued approximately one week or at a time convenient to all parties concerned.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
    Robert N. Berube
    Supervisory Assistant
    Federal Public Defender
    Florida Bar No. 304247
    Attorney for Defendant
    1 E. Broward Blvd., Suite 1100
    Fort Lauderdale, Florida 33301
    (954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 13 day of June, 2001, to Bruce Brown, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Robert N. Berube

S:\BERUBE\MOTIONS\knights.csen.wpd