UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,          :

vs.                 :

IVORY KNIGHTS,      :

    Defendant.       :
_____/

D.C.

JUN 1 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE having come before the Court on Defendant's Motion to Continue Sentencing
Date and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to continue sentencing date is

hereby GRANTED. The defendant's sentencing is rescheduled to June 25 2001 at 1:00 PM

DONE AND ORDERED at Fort Lauderdale, Florida, this _14_ day of June, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Robert Berube, AFPD
        Bruce Brown, AUSA
        U S.P.O.