FILED BY _____ D.C.

2001 JUN 22 PM 4:01

CLERK U.S. DIST. CT
OF FLA - FTL
MADDOX

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

IVORY KNIGHTS,

        Defendant.

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

The United States of America, through the undersigned Assistant United States Attorney, files its response to the defendant's Objections to the Pre-Sentence Investigation Report. The United States of America requests this Court to overrule defendant's objections and in support of said request states the following:

1. With respect to defendant's objection to the probation officer's failure to include any adjustment for Acceptance of Responsibility, the government submits that this issue has been resolved with the defendant being awarded a three-level adjustment for Acceptance of Responsibility.

2. With respect to defendant's objection to the probation officer's inclusion of offenses in which the defendant claims he was not represented by effective counsel, the government would submit that the defendant cannot raise that claim at his federal sentencing. If the defendant did not



raise those objections either directly or collaterally on appeal of his state convictions, then he is without recourse at his federal sentencing. Daniels v. United States, 121 S.Ct. 1578 (2001) and Custis v. United States, 511 U.S. 485 (1994). The defendant has made no assertion that he ever successfully challenged either of the two convictions which form the basis for his classification as a Career Offender. He is procedurally barred from making those challenges now.

3. With respect to defendant's objection to the probation officer inclusion of paragraphs 40 through 52, the government submits that these paragraphs are relevant and are used to determine the adequacy of Criminal History Category under §4A1.3. These paragraphs should not be deleted.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
TEL: (954) 356-7255
FAX: (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via facsimile (Fax number 954 356 7556) this 22nd day of June, 2001 to: Robert N. Berube, Esquire, Assistant Federal Public Defender, South Trust Bank Building, Suite 1100, 1 East Broward Boulevard, Fort Lauderdale, FL 33301.

Bruce O. Brown
Assistant United States Attorney