**CRIMINAL MINUTES**

FILED by _____ D.C.
JUN 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6295-Cr-WPD   DATE: June 25, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Ed Enlay   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Irving Knights

U.S. ATTORNEY: Kathleen Rice for Bruce Brown   DEFT. COUNSEL: Robert Berube

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 188 months BOP, 5 years supervised release, no fine, $100 assessment

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft. informed of Right to Appeal.