FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVORY KNIGHTS,

    Defendant.
_____/

NIGHT BOX FILED
JUL - 3 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF APPEAL

Notice is hereby given that Ivory Knights, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the sentence entered in this action on the 25th day of June, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By: _____
Robert N. Berube
Assistant Federal Public Defender
Florida Bar No. 304247
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1100
Telephone: (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this 3rd day of July, 2001 upon Bruce Brown, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____

KMW99.1