NO FEE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    PLAINTIFF

vs.                                      CASE NO. 006295-CR-DIMITROULEAS

IVORY KNIGHTS

    DEFENDANT
_____/

## NOTICE OF APPEAL

NOW COMES, the defendant, Ivory Knights pro se and respectfully gives notice of his claim of appeal to the Court of Appeals for the Eleventh Circuit from the judgement and sentence entered June 25, 2001 in the above-captioned case.

RESPECTFULLY SUBMITTED

MR. IVORY KNIGHTS
REG:55501-004
F.D.C. MIAMI
P.O. BOX 019120
MIAMI FLORIDA, 33101

July 3, 2001



