```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6295-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
IVORY KNIGHTS,               )
                             )  Fort Lauderdale, Florida
              Defendant.     )  April 6, 2001
_____)  9:16 a.m.


                  TRANSCRIPT OF PLEA OF GUILTY

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                       U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         LAURENCE BARDFELD, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida 33394


For the Defendant         ROBERT N. BERUBE, ESQ.
                          Assistant Federal Public Defender
                          One East Broward Boulevard
                          Fort Lauderdale, Florida 33301


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**