```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO.  00-6295-CR-WPD
                             )
            Plaintiff,       )
                             )
       -v-                   )
                             )
IVORY KNIGHTS,               )
                             )  Fort Lauderdale, Florida
            Defendant.       )  June 25, 2001
_____)  1:07 p.m.
```

TRANSCRIPT OF SENTENCE

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        KATHLEEN RICE, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394

For the Defendant        ROBERT BERUBE, ESQ.
                         Assistant Federal Public Defender
                         One East Broward Boulevard
                         Suite 1100
                         Fort Lauderdale, Florida  33301

Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**