

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

August 21, 2001

RE: 01-13822-I    USA v. Ivory Knights
DC DKT NO.: 00-06295 CR-WPD

TO:  Clarence Maddox

CC:  Robert N. Berube

CC:  Kathleen M. Williams

CC:  Bruce Brown

CC:  Anne R. Schultz

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

August 21, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 01-13822-I    USA v. Ivory Knights
DC DKT NO.: 00-06295 CR-WPD



The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pamela Allen (404) 335-6188

Encl.

DIS-4 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

01-13822-I

00-6295-cr-WPD

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IVORY KNIGHTS,

Defendant-Appellant.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 2 3 2001
THOMAS K. KAHN
CLERK

FILED by ___ D.C.

AUG 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:   HULL and WILSON, Circuit Judges.

BY THE COURT:

Appellant's "Motion to Dismiss Appeal," construed as a motion to dismiss this appeal with prejudice, is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

_____
Deputy Clerk
Atlanta, Georgia