UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.
_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney and moves this Honorable Court to Seal the Government's Motion for a Sentence Reduction filed in this case. In support thereof, the Government states that public filing of this Motion might compromise ongoing criminal investigations.

WHEREFORE, the United States requests the Court to sign the attached Order sealing the Government's Motion for a Sentencing Reduction and this Motion.

    Respectfully submitted,

    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

By: _____
DANA O. WASHINGTON
Assistant United States Attorney
Court No.: A5500418
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Phone: (954) 356-7255
Fax: (954) 356-7336
E-mail: dana.washington@usdoj.gov



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 22nd day of April, 2004, to

Robert N. Berube
Supervisory Assistant Federal Public Defender
One East Broward Blvd., Suite 1100
Fort Lauderdale, FL 33301

_____
DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY