UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6295-CR-DIMITROULEAS

   Plaintiff,

vs.

IVORY KNIGHTS,

   Defendant.
_____/



FILED by _____ D.C.
APR 23 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE having come before the Court on the Government's April 22, 2004 Motion For Reduction of Sentence [DE-64] and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Court sets a hearing for May 27, 2004 at 9:15 A.M. The Government shall secure whatever writs or orders are necessary to ensure the Defendant's presence.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Robert Berube, AFPD
Dana Washington, AUSA
U.S. Marshals Office