(Rev. 10/2002) Sealed Filing Order

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA

Plaintiff

v.

IVORY KNIGHTS

Defendant

FILED by _____ D.C.

APR 2 3 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDERED RE: SEALED FILINGS

*Party Filing Matter Under Seal*    Name: DANA O. WASHINGTON

Address: 500 EAST BROWARD BLVD. , SUITE 700, FT. LAUDERDALE, FLORIDA

Telephone: (954) 356-7255

On behalf of (select one):    ☑ Plaintiff    ☐ Defendant

Date sealed document filed: APRIL 22, 2004

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: _____

The matter will remain sealed until:

☐ Conclusion of Trial    ☐ Arrest of First Defendant
☐ Case Closing    ☐ Conclusion of Direct Appeal
☑ Other: UNTIL FURTHER ORDER OF THE COURT
☐ Permanently. Specify the authorizing law, rule, court order:

_____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☑ Unsealed and placed in the public portion of the court file    ☐ Destroyed
☐ Returned to the party or counsel for the party, as identified above

It is **ORDERED** and **ADJUDGED** that the proposed sealed document is hereby:

☒ Sealed    ☐ NOT Sealed    ☐ Other: _____

The matter may be unsealed after:

☐ Conclusion of Trial    ☐ Arrest of First Defendant    ☐ Remain Sealed
☐ Case Closing    ☐ Conclusion of Direct Appeal    ☒ Other: Further order

**DONE** and **ORDERED** at _____, Florida this 23 day of _____, 200_.

_____
United States District Judge