

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6295-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IVORY KNIGHTS,

    Defendant.

_____/

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned attorney, and hereby gives notice of appearance as counsel in the above-styled case and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to her on behalf of Ivory Knights.

        Respectfully submitted,
        KATHLEEN M. WILLIAMS

BY: _____
        Chantel Doakes
        Federal Bar No. A5500578
        1 East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301
        Tel: (954) 356-7436
        Fax: (954) 356-7556



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served upon Dana Washington, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this 3rd day May, 2004.

By: _____
Chantel Doakes