# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAY 27 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6295 Cr-WPD   DATE: May 27, 2004

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Ivory Knights

U.S. ATTORNEY: Dara Washington   DEFT. COUNSEL: Chantel Doakes

REASON FOR HEARING: Government's Rule 35 Motion to

RESULT OF HEARING: Reduce sentence. Cnd grants Government's motion. Sentence is reduced from 188 months to 141 months. All other aspects of sentence to remain the same.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

