UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6295-CR-DIMITROULEAS
    Plaintiff,

VS.

IVORY KNIGHTS
    Defendant.

FILED by _____ D.C.
MAY 27 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard before the Court on May 27, 2004 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of 188 months imprisonment previously imposed is reduced to 141 Months. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of May, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:
Dana Washington , AUSA
Chantel Doakes, AFPD
U.S. Probation Office
U. S. Marshal (3 certified copies)